UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN GREGORY WILLIAMS, | No. 2:19-cv-1591 KJM AC P |
| Plaintiff, | |
| v. | ORDER |
| USHA PANEMANGALOR PAI, | |
| Defendant. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 7, 2021, the magistrate judge issued findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days. ECF No. 26. Plaintiff has not filed objections to the findings and recommendations.

/////

/////

/////

/////

1

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued December 7, 2021 (ECF No. 26), are ADOPTED in full, and

2. Defendant's motion to stay these proceedings (ECF No. 21) is GRANTED.

DATED: January 24, 2022.

CHIEF UNITED STATES DISTRICT JUDGE