UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN GREGORY WILLIAMS, | No. 2:19-cv-1591 KJM AC P |
| Plaintiff, | |
| v. | ORDER |
| USHA PANEMANGALOR PAI, | |
| Defendant. | |

Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to this court pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

Plaintiff currently has a matter that has the potential to affect this case that is pending in state court. See generally ECF Nos. 22, 26 (referencing and taking judicial notice of Williams v. Pai, Case No. FCM168941 (Solano County Superior Court)). As a result, on January 24, 2022, the District Court Judge assigned to this matter granted Defendant's motion to stay these proceedings pending the outcome of the state court case. See ECF Nos. 21, 26, 27.

In light of these facts, because Defendant Pai requested the stay that has been granted, counsel for Defendant will be directed to file a quarterly report as to the status of the state court matter until judgment in it is final. In addition, within fourteen days of the date of entry of the state court's final judgment, counsel for Defendant will be directed to notify the Court and to

provide supporting state court documentation of same.  Thereafter, the Court will determine whether additional briefing by the parties will be necessary.

Accordingly, IT IS HEREBY ORDERED that:

1. Ninety days from the date of this order, counsel for Defendant Pai shall begin to file brief quarterly reports which inform the Court of the status of the parties' state court matter, Williams v. Pai, Case No. FCM 168941, which is currently being adjudicated in Solano County Superior Court, and

2. Within fourteen days of the judgment in the Solano County Superior Court Case Williams v. Pai, Case No. FCM 168941 becoming final in state court, counsel for Defendant Pai shall inform this Court and provide relevant supporting documentation so that the Court may determine whether additional briefing by the parties will be necessary.

DATED: February 24, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE