IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STEVEN GREGORY WILLIAMS,**<br><br>                              Plaintiff,<br><br>     v.<br><br>**USHA PANEMANGALOR PAI,**<br><br>                              Defendant. | Case No. 2:19-cv-01591 DAD AC P<br><br>~~[PROPOSED]~~ **ORDER GRANTING DEFENDANT'S MOTION FOR ADMINISTRATIVE RELIEF TO EXTEND DEADLINE TO FILE RESPONSIVE PLEADING** |

This matter comes before the Court on Defendant's motion for administrative relief to extend the deadline to file a responsive pleading. Good cause appearing, the motion is GRANTED.

Defendant's deadline to file a responsive pleading is extended to November 7, 2022.

IT IS SO ORDERED.

Dated: October 6, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Allison Claire_
　　　　　　　　　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1

~~[Proposed]~~ Order Granting Def.'s Mot. Admin. Relief (Case No. 2:19-cv-01591 DAD AC P)