IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STEVEN GREGORY WILLIAMS,**<br><br>Plaintiff,<br><br>v.<br><br>**USHA PANEMANGALOR PAI,**<br><br>Defendant. | Case No. 2:19-cv-01591 DAD AC P<br><br>[PROPOSED] **ORDER GRANTING DEFENDANT'S MOTION FOR ADMINISTRATIVE RELIEF TO EXTEND DEADLINE TO DEPOSE PLAINTIFF AND FILE MOTIONS TO COMPEL** |

This matter comes before the Court on Defendant's motion for administrative relief to extend the deadline to depose Plaintiff Williams and file motions to compel. Good cause appearing, the motion is GRANTED.

The discovery deadline and deadline to file motions to compel discovery is extended twenty-one days, up to and including April 7, 2023.

IT IS SO ORDERED.

Dated:  March 7, 2023

_allison claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1

[Proposed] Order Granting Def.'s Mot. Admin. Relief (Case No. 2:19-cv-01591 DAD AC P)