UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN GREGORY WILLIAMS, | No. 2:19-cv-1591 DAD AC P |
| Plaintiff, | |
| v. | ORDER |
| USHA PANEMANGALOR PAI, | |
| Defendant. | |

On April 7, 2023, defendant filed a motion to compel discovery responses and an order deeming admission requests admitted. ECF No. 43. To date, plaintiff has not filed an opposition to the motion in compliance with the Local Rules. See L.R. 230(1) (requiring oppositions to be filed within twenty-one days). In addition, the time for defendant to file a reply has expired. See id. (requiring reply to be filed within seven days).

Prior to ruling on defendant's motion to compel, plaintiff will be ordered to show cause why defendant's motion should not be granted. In the alternative to providing a showing of cause, plaintiff may produce more complete responses to defendant's discovery requests.

Accordingly, IT IS HEREBY ORDERED that:

1. Within thirty days of the date of this order, plaintiff shall file a showing of cause stating why defendant's motion to compel and order deeming admission requests admitted (ECF No. 43) should not be granted;

1

2. In lieu of filing a showing of cause, plaintiff may serve more complete responses to defendant's discovery requests within said thirty days, and

3. Within thirty days of the date of this order, defendant shall inform the court whether she has received complete, responsive discovery from plaintiff.

DATED: June 2, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE