IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STEVEN GREGORY WILLIAMS,**<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>**USHA PANEMANGALOR PAI,**<br><br>　　　　　　　　　　Defendant. | Case No. 2:19-cv-01591-DAD AC P<br><br>[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER TO VACATE THE DISPOSITIVE MOTION DEADLINE |

　　　Plaintiff, a prisoner proceeding *pro se*, brings this civil rights action. Pending before the Court is Defendant's motion to modify the Court's Discovery and Scheduling Order, under Federal Rules of Civil Procedure 6(b)(1)(A) and 16(b)(4), to vacate the current dispositive motion deadline to be reset after the Court rules on Defendant's pending motion to compel (ECF No. 43).

　　　Good cause appearing, Defendant's motion (ECF No. 44) is GRANTED. The current dispositive motion deadline of June 9, 2023 (see ECF No. 38 at 6), is VACATED, to be reset after the Court rules on Defendant's pending motion to compel (ECF No. 43).

　　　IT IS SO ORDERED.

Dated: June 6, 2023

　　　　　　　　　　　　　　　　　　　_/s/ Allison Claire_____
　　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1