UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN GREGORY WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>USHA PANEMANGALOR PAI,<br><br>Defendant. | No. 2:19-cv-1591 DAD AC P<br><br><br><br>ORDER |

Plaintiff has filed a motion for an extension of time to complete discovery up to and including August 2, 2023, or to comply with the court's order to show cause. See ECF No. 47. Defendant has filed a notice of non-opposition to plaintiff's request. ECF No. 49.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time to complete discovery (ECF No. 47) is GRANTED, and

2. No later than August 2, 2023, plaintiff shall either serve responses to defendant's discovery requests or file a showing of cause why defendant's motion to compel should not be granted.

DATED: July 24, 2023

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE