UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN GREGORY WILLIAMS, | No. 2:19-cv-1591 DAD AC P |
| Plaintiff, | |
| v. | ORDER |
| USHA PAMEMANGALOR PAI, | |
| Defendants. | |

    Plaintiff has filed a document entitled "Supplemental Response to Defendant's Request for Production of Documents." Plaintiff is informed that court permission is not necessary for discovery requests and that neither discovery requests served on an opposing party nor that party's responses should be filed until such time as a party becomes dissatisfied with a response and seeks relief from the court pursuant to the Federal Rules of Civil Procedure. Discovery requests between the parties shall not be filed with the court unless, and until, they are at issue.

    Accordingly, IT IS HEREBY ORDERED that plaintiff's supplemental response, ECF No. 55, will be disregarded. Plaintiff is cautioned that further filing of discovery requests or responses, except as required by rule of court, may result in an order of sanctions, including, but not limited to, a recommendation that this action be dismissed.

DATED: April 1, 2024

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1