UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN GREGORY WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>USHA PANEMANGALOR PAI,<br><br>Defendant. | No. 2:19-cv-01591 DAD AC<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. On May 30, 2024, plaintiff was ordered to show cause why defendant's motion for sanctions should not be granted. Plaintiff submitted a Request for Judicial Notice that was docketed on June 13, 2024 indicating that he signed the verification sheet for his interrogatory responses on March 30, 2024 and mailed them to defense counsel via institutional mail on April 8, 2024. ECF No. 59 at 2. Although plaintiff identifies this signed verification sheet as "Exhibit B" in his Request for Judicial Notice, this exhibit is conspicuously not attached to his pleading. See ECF No. 59.

In light of plaintiff's failure to include the relevant exhibit, the court will give plaintiff one last opportunity to comply with the order to show cause. Within 7 days from the date of this order, plaintiff shall file a copy of the signed verification sheet which he alleges that he mailed to defense counsel on April 8, 2024.

1

Moreover, due to plaintiff's delay in submitting this information with his original response, the court will sua sponte vacate the dispositive motions deadline in this case to be reset by subsequent order as necessary.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall, within 7 days from the date of this order, submit a copy of the signed verification sheet identified as "Exhibit B" in his Request for Judicial Notice. No extensions of time will be granted.

2. If plaintiff fails to comply with this order within the designated time period, the court will grant defendant's pending motion for sanctions.

3. The dispositive motions deadline, currently set for July 15, 2024, is vacated. It will be reset as necessary following resolution of defendant's motion for sanctions.

DATED: June 25, 2024

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE