UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN GREGORY WILLIAMS,

Plaintiff,

v.

USHA PANEMANGALOR PAI,

Defendant.

No.  2:19-cv-01591-DAD-AC (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

(Doc. Nos. 64, 68)

Plaintiff Steven Gregory Williams is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 23, 2025, the assigned magistrate judge issued findings and recommendations recommending that defendant's motion for summary judgment (Doc. No. 64) be granted.  (Doc. No. 68.)  Specifically, the magistrate judge concluded that plaintiff had not satisfied his burden on summary judgment of presenting any evidence that the care and treatment provided to him by the defendant doctor was medically unacceptable and constituted deliberate indifference to plaintiff's serious medical needs.  (*Id.* at 10–20.)

The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within twenty–one (21) days after service.  (*Id.*

1

at 20.)  To date, no objections to the findings and recommendations have been filed, and the time in which to do so has long since passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1.  The findings and recommendations issued on September 23, 2025 (Doc. No. 68), are adopted in full;

2.  Defendant's motion for summary judgment (Doc. No. 64) is granted; and

3.  The Clerk of the Court is directed to enter judgment in favor of defendant and to close this case.

IT IS SO ORDERED.

Dated:    **February 16, 2026**                    _____

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2